1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LIDILIA CORTEZ, | Case No. 8:15-cv-940-GJS |
| Plaintiff | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: February 22, 2016   _____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE